UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.                                                            Case No. 2:15-cr-23-02

JACLYN PATRICIA SNOUWAERT,        HON. PAUL L. MALONEY

    Defendant(s).
_____/

ORDER OF DETENTION

    In accordance with the bond review hearing conducted before the undersigned on February 12, 2016, IT IS HEREBY ORDERED that the order setting conditions of defendant's release shall be REVOKED and the defendant shall be detained pending sentencing in accordance with 18 U.S.C. § 3143 (a)(2).

    IT IS SO ORDERED.


Dated: February 12, 2016          /s/ TIMOTHY P. GREELEY
                                         TIMOTHY P. GREELEY
                                         UNITED STATES MAGISTRATE JUDGE